584 A.2d 230

DARLENE R. ESPOSITO v. DEPARTMENT OF LABOR, BOARD OF REVIEW.

May 30, 1990.

Petition for certification denied.

584 A.2d 230

GLEN TURNER v. HOWARD L. BEYER.

May 30, 1990.

Petition for certification denied.

584 A.2d 230

NORMA BRIZAK AND GEORGE BRIZAK v. EMANUEL NEEDLE.

May 30, 1990.

Petition for certification denied. (See 239 *N.J.Super.* 415, 571 *A.*2d 975)

584 A.2d 231

EDMOND A. DESANTIS v. EMPLOYEES PASSAIC COUNTY WELFARE ASSOC.

May 30, 1990.

Petition for certification denied. (See 237 *N.J.Super.* 550, 568 *A.*2d 565)